IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JIN BIAO LIN, | ) | |
| | ) | |
| Plaintiff, | ) | 4:07CV3176 |
| | ) | |
| v. | ) | |
| | ) | |
| UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, Gerard Heinauer, Director, Nebraska Service Center, U.S. CITIZENSHIP AND IMMIGRATION SERVICES, Emilio T. Gonzalez, Director, ATTORNEY GENERAL OF THE UNITED STATES, Alberto Gonzales, DEPARTMENT OF HOMELAND SECURITY, Michael Chertoff, Secretary, and FEDERAL BUREAU OF INVESTIGATION, Robert S. Mueller, III, Director, | ) ) ) ) ) ) ) ) ) ) ) ) | ORDER ON MOTION TO DISMISS COMPLAINT |
| Defendants. | ) ) | |

    IT IS ORDERED that the plaintiff's Motion to Dismiss Complaint, filing 4, is granted and this action is dismissed without prejudice.

    Dated August 7, 2007.

                                        BY THE COURT

                                        s/ Warren K. Urbom
                                        United States Senior District Judge